PER CURIAM.
Affirmed on the authority of the principles stated in Barton v. Moline Properties, Inc., 121 Fla. 683, 164 So. 551; Allen v. Avondale Co., 135 Fla. 6, 185 So. 137; Hagan v. Sabal Palms, Inc., Fla.App.1966, 186 So.2d 302; Wilkes v. Kreutler, Fla.App.1963, 157 So.2d 194; Baker v. Field, Fla.App.1964, 163 So.2d 42; Stephl v. Moore, 94 Fla. 313, 114 So. 455.
BOARDMAN, Acting C. J., GRIMES, J., and SCHWARTZ, ALAN R., Associate Judge, concur.